# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Relmon Davis, III

V.

L.S. McEwen, Judicial Council, Superior Court O.C.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   11CV1428-BTM-MDD

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the case is Dismissed without Prejudice.

| October 3, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ E Silvas |
| | (By) Deputy Clerk |
| | ENTERED ON October 3, 2011 |

11CV1428-BTM-MDD